IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DETRICK MURRAY-BEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF PORT WENTWORTH; and ) <br> DEREK WHITE, In his Official ) <br> Capacity; ) <br> ) <br> Defendants. ) <br> ) | CASE NO. CV420-199 |

### O R D E R

Before the Court is the Magistrate Judge's September 21, 2021, Report and Recommendation (Doc. 23), to which Plaintiff has not filed objections. After a careful review of the record,[1] the Report and Recommendation (Doc. 23) is **ADOPTED** as the Court's opinion in this case. Therefore, Plaintiff's Motion to Amend (Doc. 20) is **DENIED**. Defendants' Motion to Dismiss (Doc. 10) is **GRANTED IN PART** and **DENIED IN PART**. Accordingly, Plaintiff's Complaint is **DISMISSED**. As a result, all remaining motions (Docs.

---

[1] The Court reviews de novo a magistrate judge's findings to which a plaintiff objects, and the Court reviews for clear error the portions of a report and recommendation to which a plaintiff does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam) (outlining the standard of review for report and recommendations)).

11, 13, 18, 21) are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

    **SO ORDERED** this 25th day of October 2021.

                                                    _____
                                                    WILLIAM T. MOORE, JR.
                                                    UNITED STATES DISTRICT COURT
                                                    SOUTHERN DISTRICT OF GEORGIA